# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__ _____

Roberta Mancuso
100 Appletree Road
Auburn, NH 03036

### SUMMONS IN A CIVIL ACTION

V.

Airborne Express
3101 Western Avenue
P.O. Box 662
Seattle, Washington 98111

CASE NUMBER:

# 04  10625 RCL

TO: (Name and Address of Defendant)

Airborne Express, c/o: CT Corporation, 101 Federal
Street, Boston, Massachusetts 02110

## YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Elaine M. Kennedy, Esquire
Solomon Professional Association
One Butrrick Road
P.O. Box 937
Londonderry, New Hampshire 03053-0937

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS

CLERK

BY DEPUTY CLERK

DATE

MAR 31 2004