UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10625RCL

| | |
|---|---|
| ROBERTA MANCUSO | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| AIRBORNE EXPRESS | ) ) |
| Defendant | ) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(3), defendant Airborne Express and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation. In addition, defendant and its counsel have considered the resolution of this litigation through the use of alternative dispute resolution programs.

,Airborne Express, Inc.
By: _____
Bradley Paskievitch, Esq.

_____
Stephen M. Perry BBO #395955
CASNER & EDWARDS
303 Congress Street
Boston, MA 02210
(617) 426-5900

5917.10/325414.1