UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10625RCL

ROBERTA MANCUSO )
)
Plaintiff )
)
v. )
)
AIRBORNE EXPRESS )
)
Defendant )

## ASSENTED TO MOTION TO CONTINUE

**NOW COMES** the Plaintiff, Roberta Mancuso, and respectfully moves through her counsel, Solomon Professional Association and Elaine M. Kennedy, Esquire, that the Scheduling Conference scheduled for July 14, 2004 be continued and in support thereof states as follows:

1. Co-counsel for Plaintiff, Peter M. Solomon, is unavailable to attend said Conference due to a prior conflict.

2. On July 14, 2004, Attorney Solomon is scheduled to appear before the Hillsborough County Superior Court, Northern District in the case of *Wanda Guillemette vs. Robert Wever; Docket #: 03-C-0557.*

3. Counsel for Defendant has assented to this continuance.

WHEREFORE, YOUR PLAINTIFF respectfully requests this Honorable Court:

A. Continue the Scheduling Conference presently scheduled for July 14, 2004 to another date and time; and

B.  Grant such other and further relief as may be just and equitable.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ROBERTA MANCUSO,<br>By her attorneys, | AIRBORNE EXPRESS, INC.<br>By its attorneys |

*[signature]*

Elaine M. Kennedy, Esq., BBO#641037
Peter Solomon, Esq.,
SOLOMON PROFESSIONAL
ASSOCIATION
One Buttrick Road
P. O. Box 937
Londonderry, NH 03053
(603) 437-3700

Dated: July 8, 2004

*[signature]*

Stephen M. Perry, Esq., BBO#395955
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

Date: July 8, 2004

## CERTIFICATE OF SERVICE

I certify that on the 8th day of July, 2004, a copy of the foregoing Assented to Motion to Continue was mailed by United States mail, postage prepaid, to Stephen M. Perry, Esquire, Counsel for the Defendant.

*[signature]*
Elaine M. Kennedy