UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10625RCL

| | |
|---|---|
| ROBERTA MANCUSO | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) |
| AIRBORNE EXPRESS | ) ) |
| Defendant | ) |

### ASSENTED TO MOTION TO BE EXCUSED FROM FILING ASSENTED TO MOTION TO CONTINUE VIA ELECTRONIC FILING

**NOW COMES** the Plaintiff, Roberta Mancuso, and respectfully moves through her counsel, Elaine M. Kennedy, Esquire, that she be allowed to file the attached Assented to Motion to Continue without the use of electronic filing and states in support thereof as follows:

1. That pursuant to the Court's Order of Notice of Electronic Filing, Plaintiff's counsel registered for CM/ECF with the United States District Court on April 16, 2004.

2. That as of this date, Plaintiff's counsel has not yet received their login and password from the Court and therefore cannot file any pleadings via electronic filing.

3. That this matter is scheduled for a Scheduling Conference on July 14, 2004, and Plaintiff would request that the Assented to Motion to Continue be acted upon prior to that date so that Peter M. Solomon, Esquire, who will be lead counsel, will be able to attend and participate at that Scheduling Conference.

4. That counsel for the Defendant assents to the filing of this Motion.

**WHEREFORE**, your Plaintiff respectfully requests that the Honorable Court:

A. Allow the filing of the Assented to Motion to Continue without the use of electronic filing;

B. Grant the Assented to Motion to Continue which is attached hereto; and

C. Grant such other and further relief as may be just and equitable.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ROBERTA MANCUSO,<br>By her attorneys, | AIRBORNE EXPRESS, INC.<br>By its attorneys |
| *[signature]*<br>Elaine M. Kennedy, Esq., BBO#641037<br>Peter Solomon, Esq.,<br>SOLOMON PROFESSIONAL ASSOCIATION<br>One Buttrick Road<br>P. O. Box 937<br>Londonderry, NH 03053<br>(603) 437-3700 | *[signature]*<br>Stephen M. Perry, Esq., BBO#395955<br>CASNER & EDWARDS, LLP<br>303 Congress Street, 2nd Floor<br>Boston, MA 02210<br>(617) 426-5900 |
| Dated: July 8, 2004 | Dated: July 8, 2004 |

### CERTIFICATE OF SERVICE

I certify that on the 8th day of July, 2004, a copy of the foregoing Assented to Motion to be Excused from Filing Assented to Motion to Continue Via Electronic Filing was mailed by United States mail, postage prepaid, to Stephen M. Perry, Esquire, Counsel for the Defendant.

*[signature]*
Elaine M. Kennedy

2