UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10625RCL

ROBERTA MANCUSO )
)
   Plaintiff )
)
v. )
)
AIRBORNE EXPRESS )
)
   Defendant )

### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(3), plaintiff Roberta Mancuso and her counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation. In addition, plaintiff and her counsel have considered the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Roberta Mancuso

_____
Elaine M. Kennedy, Esq.
Solomon Professional Association