UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10625-RCL

| | |
|---|---|
| ROBERTA MANCUSO | ) |
| Plaintiff | ) |
| v. | ) |
| AIRBORNE EXPRESS | ) |
| Defendant | ) |

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, and without costs or expenses.

Dated this ___ day of March 2005            Dated this ___ day of May 2005

ROBERTA MANCUSO,
By her attorneys,

_____
Elaine M. Kennedy, Esq., BBO#641037
Peter Solomon, Esq.,
SOLOMON PROFESSIONAL
ASSOCIATION
One Buttrick Road
P. O. Box 937
Londonderry, NH 03053
(603) 437-3700

AIRBORNE EXPRESS, INC.
By its attorneys

_____
Stephen M. Perry, Esq., BBO#395955
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900